February 20, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

KENNETH G. HELMERS, Appellant

NO. 14-13-01058-CV                          V.

VANDERBILT MORTGAGE AND FINANCE, INC., ATTORNEY-IN-FACT AND SERVICER FOR THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on November 1, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Kenneth G. Helmers.

We further order this decision certified below for observance.